Sean M. Carroll (SBN 027171)
Christopher T. Curran (SBN 032583)
**CLARK HILL PLC**
14850 N Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone: (480) 684-1100
Email: scarroll@clarkhill.com
ccurran@clarkhill.com

*Attorneys for Defendant J.S. Held LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jeffrey Ward,<br><br>Plaintiff,<br><br>v.<br><br>Travelers Personal Insurance Company, a Connecticut corporation; J.S. Held, LLC, a Delaware limited liability corporation; and David Loucado and Jane Doe Loucado, husband and wife,<br><br>Defendants. | Case No.: 2:20-cv-01079-SPL<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT J.S. HELD, LLC TO RESPOND TO COMPLAINT**<br><br>**(First Request)**<br><br>(Assigned to the Hon. Steven P. Logan) |

Pursuant to LRCiv 7.3, Defendant J.S. Held LLC ("Defendant"), together with Defendant Travelers Personal Insurance Company ("Defendant Travelers") and Plaintiff Jeffrey Ward ("Plaintiff"), hereby stipulate and agree to extend the deadline for Defendant's deadline to file a responsive pleading to Plaintiff's Complaint by a period of fourteen (14) days, up to an including June 22, 2020. During this time, the parties agree that no default will be entered or sought against Defendant.

This Stipulation is made for good cause and not for any improper reason such as delay. First, counsel Defendant is presently involved in concurrent legal proceedings that has precluded it from preparing a response within the seven (7) day removal timeframe. Second, Defendant Travelers recently filed its Notice of Removal of Action (Doc. 1). It is understood and believed by Defendant that issues relating to jurisdiction are in controversy between Defendant Travelers and Plaintiff. Accordingly, Defendant reasonably believes that the exercise of judicial economy would be served by allowing the other parties to this case determine whether this case will be voluntarily remanded to state court before Defendant is required to file a responsive pleading in this forum.

No party will be prejudiced by the requested extension of time, especially considering the fact that certain defendants named in this litigation, namely, David and Jane Doe Loucado, have yet to be served with process of Plaintiff's Complaint. Accordingly, the parties respectfully request the Court approve this Stipulation and enter the proposed order filed concurrently herewith.

Dated this 9th day of June, 2020.

**CLARK HILL PLC**

By: *s/ Sean M. Carroll*
Sean M. Carroll
Christopher T. Curran
*Attorneys for Defendant J.S. Held LLC*

**POLI, MOON & ZANE, PLLC**

By: *s/ Michael N. Poli (with permission)*
Michael N. Poli
Lawrence R. Moon
*Attorneys for Plaintiff*

**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By: *s/ Amy L. Stein (with permission)*
Amy L. Stein
Amy M. Samberg
*Attorneys for Defendant Travelers Personal Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of June, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Service of Electronic Filing to the following CM/ECF registrants:

Michael N. Poli
Lawrence R. Moon
POLI, MOON & ZANE, PLLC
2999 North 44th Street, Suite 325
Phoenix, AZ 85018
mpoli@pmzlaw.com
lmoon@pmzlaw.com
*Attorneys for Plaintiff*

Amy L. Stein
Amy M. Samberg
FORAN GLENNON PALADECH PONZI & RUDLOFF PC
One Arizona Center
400 East Van Buren Street, Suite 550
Phoenix, AZ 85004
astein@fgppr.com
asamberg@fgppr.com

*s/ Joyce Johnston*