IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Jeffrey Ward,

Plaintiff,

vs.

Travelers Personal Insurance Company, et al.,

Defendants.

No. CV-20-01079-PHX-SPL

**ORDER**

Before the Court is the parties' Stipulation (Doc. 7), in which they jointly move for an extension of the deadline for Defendant J.S. Held LLC to file an answer. Having considered this first request,

**IT IS ORDERED** that the Stipulation (Doc. 7) is **granted**. Defendant J.S. Held LLC shall have until **June 22, 2020**, to file an answer to the Complaint and otherwise respond as provided by Rule 12 of the Federal Rules of Civil Procedure.

Dated this 10th day of June, 2020.

Honorable Steven P. Logan
United States District Judge