Sean M. Carroll (SBN 027171)
Christopher T. Curran (SBN 032583)
**CLARK HILL PLC**
14850 N Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone: (480) 684-1100
Email: scarroll@clarkhill.com
ccurran@clarkhill.com
*Attorneys for Defendant J.S. Held LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jeffrey Ward,<br><br>Plaintiff,<br><br>v.<br><br>Travelers Personal Insurance Company, a Connecticut corporation; J.S. Held, LLC, a Delaware limited liability corporation; and David Loucado and Jane Doe Loucado, husband and wife,<br><br>Defendants. | Case No.: 2:20-cv-01079-SPL<br><br>**DEFENDANT J.S. HELD LLC'S MOTION FOR SUMMARY ADJUDICATION** |

Pursuant to LRCiv 7.2(i), Defendant J.S. Held LLC ("J.S. Held" or "Defendant") requests that this Court summarily adjudicate and grant its Motion to Dismiss (Doc. 10) as Plaintiff Jeffrey Ward ("Plaintiff") failed to file any opposition to Defendant's Motion to Dismiss within the time permitted by LRCiv. 7.2(c). Pursuant to LRCiv 7.2(c), a party opposing a motion must file its responsive memorandum within fourteen (14) days after service of a motion. Under Fed.R.Civ.P. 6(a)(1), time is computed by counting every day, including intermediate Saturdays, Sundays, and legal holidays. However, if a deadline falls on a Saturday, Sunday, or legal holiday, the deadline will continue to run to the next day that is not a Saturday, Sunday, or legal holiday. *Id.*

Defendant filed its Motion to Dismiss on June 22, 2020. *See* Doc. 10. Thus, Plaintiff was required to file its response no later than July 6, 2020. While Fed.R.Civ.P. 6(d) permits a party an additional three (3) days under certain circumstances, none of those exceptions apply here as Plaintiff was served pursuant to Fed.R.Civ.P. 5(b)(2)(E) by sending it to Plaintiff's counsel through the court's electronic filing system. *Id.* Therefore, Plaintiff has failed to timely respond to Defendant's Motion to Dismiss. As a result, this Court should deem Plaintiff's failure to timely respond as a consent to the granting of Defendant's Motion to Dismiss and summarily grant the same. LRCiv 7.2(i); *see also Ghazali v. Moran*, 46 F. 3d 52, 53-54 (9th Cir. 1995) (finding that the failure to follow a district court's local rules is a proper ground for dismissal).

Any potential argument that Plaintiff's Motion to Strike portions of Defendant's Motion to Dismiss tolls Plaintiff's responsive deadline should be rejected outright. Nothing permits such tolling. Moreover, Plaintiff's Motion to Strike only relates to Defendant's citation of one case in its brief – not the brief itself. Therefore, it should not be treated as a response to Defendant's Motion to Dismiss either. The case cited by Plaintiff is but one of the multitude of authorities that support dismissal of Defendant from this action. Thus, even if Plaintiff's Motion to Strike were successful, it still would defeat Defendant's entitlement to relief. Accordingly, Plaintiff has no excuse for its delay in responding to Defendant's Motion to Dismiss, and Defendant respectfully requests this Court exercise its authority under LRCiv 7.2(i). Plaintiff's failure to timely respond should be deemed as consent to the relief sought in Defendant's Motion to Dismiss and should be summarily granted.

Dated this 8th day of July, 2020.

**CLARK HILL PLC**

By: *s/ Christopher T. Curran*
Sean M. Carroll
Christopher T. Curran
*Attorneys for Defendant J.S. Held LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of July, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Service of Electronic Filing to the following CM/ECF registrants:

Michael N. Poli
Lawrence R. Moon
POLI, MOON & ZANE, PLLC
2999 North 44th Street, Suite 325
Phoenix, AZ 85018
mpoli@pmzlaw.com
lmoon@pmzlaw.com
*Attorneys for Plaintiff*

Amy L. Stein
Amy M. Samberg
FORAN GLENNON PALADECH PONZI & RUDLOFF PC
One Arizona Center
400 East Van Buren Street, Suite 550
Phoenix, AZ 85004
astein@fgppr.com
asamberg@fgppr.com

*s/ Joyce Johnston*